1036

[No. 16705-4-III.    Division Three.    March 11, 1999.]

LARRY MESSMORE, ET AL., *Appellants*, v. SAFECO INSURANCE COMPANY OF AMERICA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-2-01415-1, Susan L. Hahn, J., entered May 9, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

[No. 16817-4-III.    Division Three.    March 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE ROBERT VOSS, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 97-1-00032-1, Carol A. Wardell, J., entered July 22, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 17287-2-III.    Division Three.    March 11, 1999.]

CLARK ASHWORTH, ET AL., *Respondents*, v. MILDRED SNYDER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 96-2-00450-1, Rebecca M. Baker, J., entered January 22, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kato, JJ.

[No. 22277-9-II.    Division Two.    March 12, 1999.]

PETER KANDRIS, ET AL., *Appellants*, v. SOUTHFORK LAND DEVELOPMENT COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 95-2-01451-6, David R. Draper, J., entered July 18, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.